WALTER WYSSENSKI v. WALTER TAYLOR.

March 1, 1977. Petition for certification denied.

UNION COUNTY REGIONAL HIGH SCHOOL BOARD OF EDUCATION v. UNION COUNTY REGIONAL HIGH SCHOOL TEACHERS' ASS'N. AND CRANFORD BOARD OF EDUCATION v. CRANFORD EDUCATION ASS'N.

March 1, 1977. Petition for certification denied.

UNION COUNTY REGIONAL HIGH SCHOOL BOARD OF EDUCATION v. UNION COUNTY REGIONAL HIGH SCHOOL TEACHERS' ASS'N. AND CRANFORD BOARD OF EDUCATION v. CRANFORD EDUCATION ASS'N.

March 1, 1977. Petition for certification denied.

MICHAEL J. MALADY v. BOARD OF REVIEW.

March 1, 1977. Petition for certification granted.

STATE OF NEW JERSEY v. KIT O. GOUGH.

March 1, 1977. Petition for certification denied.